513 A.2d 1382

**Nicholas ZECK, etc., et al., Petitioners,**

v.

**Robert L. BALSBAUGH, etc., et al.**

Supreme Court of Pennsylvania.

Aug. 27, 1986.

Petition for Allowance of Appeal GRANTED, No. 37 M.D. Appeal Docket 1986.

514 A.2d 91

**COMMONWEALTH of Pennsylvania**

v.

**Raymond WYSOCKI, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 25, 1986.

Petition for Allowance of Appeal GRANTED, No. 104 E.D. Appeal Docket 1986.